# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

THE BOARD OF TRUSTEES of the CARPENTERS
HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA
**(continued on Attachment A)**

**SUMMONS IN A CIVIL CASE**

**v.**

SAUL M. CURZ, Individually
**(continued on Attachment A)**

CASE NUMBER:

**C08-01067**

TO: (Name and address of defendant)
SAUL M. CRUZ, Individually
77 Anderson Street
San Francisco, CA 94110

**(continued on Attachment B)**

SAUL M. CRUZ, Individually and doing business as SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223          Telephone: (510) 337-1001
Kristina L. Hillman, Bar No. 208599
Concepcion E. Lozano-Batista, Bar No. 227227
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA   94501-1091

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE _____

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

Served Personally upon the Defendant.  Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Returned unexecuted:

Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
           *Date*                        *Signature of Server*

                                         _____
                                         *Address of Server*

_____

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>Attachment A to Summons in a Civil Case</u>

THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE
TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST
FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR
NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR
NORTHERN CALIFORNIA; CARPENTERS 46 NORTHERN CALIFORNIA
COUNTIES CONFERENCE BOARD for itself and on behalf of the NORTHERN
CALIFORNIA CARPENTERS REGIONAL COUNCIL and CARPENTERS UNION
LOCAL No. 22,

    Plaintiffs,

v.

SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as
SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually;
MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR
INSTALLATION; SMC MODULAR INSTALLATION; Does 1 through 10, inclusive,

    Defendants.

**Attachment A to Summons in a Civil Case**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### Attachment B to Summons In A Civil Case

SAUL M. CRUZ, Individually
77 Anderson Street
San Francisco, CA  94110

SAUL M. CRUZ, Individually and doing business
as SMC MODULAR INSTALLATION
77 Anderson Street
San Francisco, CA  94110

MAGDALENA L. CRUZ, Individually
77 Anderson Street
San Francisco, CA  94110

MAGDALENA L. CRUZ, Individually and doing
business as SMC MODULAR INSTALLATION
77 Anderson Street
San Francisco, CA  94110

SMC MODULAR INSTALLATION
77 Anderson Street
San Francisco, CA  94110

**Attachment B to Summons In A Civil Case**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034477-05 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. CRUZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08 01067 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons; Petition to Confirm Arbitration Award; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference; ECF Registration
Information Handout; Notice Of Availablility Of Magistrate Judge To
Exercise Jurisdiction; Memorandum of Points and Authorities in Support of
Petition;

Name: SMC MODULAR INSTALLATION

Person Served: SAUL CRUZ
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: February 26, 2008    HDATE:
Time of Delivery: 10:00 pm

Place of Service: 77 ANDERSON STREET
SAN FRANCISCO, CA 94110                **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the
person on whom the service is required.**

Fee for service:    $ 24.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . San Francisco . . . County,
Number: . . . 2007-0001040 . . . . . .
Expiration Date:    05/31/2009
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034477-05

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

on: . . . . . . February 27, 2008 . . . . . . . ,
at: . . . . . . . San Francisco . . . , California.

Signature:
Name: FREDERICK GURR
Title: (i) employee

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | | REFERENCE NUMBER<br>00034477-04 | |

insert name of court, judicial district or branch court, if any, and post office and street address

United States District Court,
,

SHORT NAME OF CASE

THE BOARD OF TRUSTEES vs. CRUZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08 01067 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

Summons; Petition to Confirm Arbitration Award; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference; ECF Registration
Information Handout; Notice Of Availablility Of Magistrate Judge To
Exercise Jurisdiction; Memorandum of Points and Authorities in Support of
Petition;

Name: MAGDALENA L. CRUZ, INDIVIDUALLY AND DOING BUSINESS AS
SMC MODULAR INSTALLATION

Date of Delivery: February 26, 2008    HDATE:
Time of Delivery: 10:00 pm

Place of Service: 77 ANDERSON STREET
SAN FRANCISCO, CA 94110        **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the
person on whom the service is required.**

Fee for service:    $ 24.75

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]    Registered: . . San Francisco . . . . County,
       Number: . . . 2007-0001040 . . . . . .
       Expiration Date:    05/31/2009

       RAPID SERVE
       210 Fell Street, # 19
       San Francisco, CA 94102
       (415) 882-2266
       302/00034477-04

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

on: . . . . . . February 27, 2008 . . . . . . ,
at: . . . . . . . . San Francisco . . . , California.

Signature:
Name: FREDERICK GURR
Title: (i) employee

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | TELEPHONE NO.<br>(510) 337-1001 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034477-03 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. CRUZ | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08 01067 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

Summons; Petition to Confirm Arbitration Award; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference; ECF Registration
Information Handout; Notice Of Availablility Of Magistrate Judge To
Exercise Jurisdiction; Memorandum of Points and Authorities in Support of
Petition;

Name: MAGDALENA L. CRUZ, INDIVIDUALLY

Date of Delivery: February 26, 2008     HDATE:
Time of Delivery: 10:00 pm

Place of Service: 77 ANDERSON STREET
SAN FRANCISCO, CA 94110                    **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the
person on whom the service is required.**

Fee for service:  $ 24.75

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X]  Registered: . . San Francisco . . . . County,
     Number: . . . 2007-0001040 . . . . . . . .
     Expiration Date: . 05/31/2009 . . . . . .
          RAPID SERVE
          210 Fell Street, # 19
          San Francisco, CA 94102
          (415) 882-2266
             302/00034477-03

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

on: . . . . . . . February 27, 2008 . . . . . . . ,
at: . . . . . . . . San Francisco . . . , California.

Signature: _____
Name: FREDERICK GURR
Title: (i) employee

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023<br><br>ATTORNEY FOR (NAME) | TELEPHONE NO.<br>(510) 337-1001 | FOR COURT USE ONLY |
|---|---|---|

| REFERENCE NUMBER<br>00034477-02 |
|---|

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. CRUZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08 01067 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons; Petition to Confirm Arbitration Award; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference; ECF Registration
Information Handout; Notice Of Availablility Of Magistrate Judge To
Exercise Jurisdiction; Memorandum of Points and Authorities in Support of
Petition;

Name: SAUL M. CRUZ, INDIVDUALLY AND DOING BUSINESS AS SMC
MODULAR INSTALLATION

Date of Delivery: February 26, 2008    HDATE:
Time of Delivery: 10:00 pm

Place of Service: 77 ANDERSON STREET
SAN FRANCISCO, CA 94110                    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the
person on whom the service is required.**

Fee for service:    $ 49.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . San Francisco . . . County,
Number: . . . 2007-0001040 . . . . . . . .
Expiration Date: 05/31/2009
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034477-02

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.
on: . . . . . . February 27, 2008 . . . . . . ,
at: . . . . . . . San Francisco . . . , California.

Signature: _____
Name: FREDERICK GURR
Title: (i) employee

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | | (510) 337-1001 | |

ATTORNEY FOR (NAME)

REFERENCE NUMBER
00034477-01

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. CRUZ

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08 01067 CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

Summons; Petition to Confirm Arbitration Award; Civil Case Cover Sheet; Order Setting Initial Case Management Conference; ECF Registration Information Handout; Notice Of Availablility Of Magistrate Judge To Exercise Jurisdiction; Memorandum of Points and Authorities in Support of Petition;

      Name: SAUL M. CRUZ, INDIVIDUALLY

      Date of Delivery: February 26, 2008   HDATE:
      Time of Delivery: 10:00 pm

      Place of Service: 77 ANDERSON STREET
                  SAN FRANCISCO, CA 94110      **(Business)**

Manner of Service:  **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

  Fee for service:  $ 49.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . San Francisco . . . . . County,
    Number: . . . 2007-0001040 . . . . . .
    Expiration Date: 05/31/2009
        RAPID SERVE
        210 Fell Street, # 19
        San Francisco, CA 94102
        (415) 882-2266
          302/00034477-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . February 27, 2008 . . . . . . ,
at: . . . . . . . . San Francisco . . . , California.

Signature: _____
Name: FREDERICK GURR
Title: (i) employee