1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION; Does 1 through 10, inclusive<br><br>          Defendants. | No.   C 08 01067 CW<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

**REQUEST FOR ENTRY OF DEFAULT**
Case No. C 08 01067 CW

**TO:    THE CLERK OF THE COURT:**

Request is hereby made that the default of SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; and MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION, be entered.  Defendants have failed to appear or otherwise respond to the Complaint that was served on them on February 26, 2008, and for which proof of service was filed before this Court with the Summons on March 4, 2008.

The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista, filed herewith.

Dated: March 27, 2008

WEINBERG, ROGER & ROSENFELD

A Professional Corporation

By:    /s/
CONCEPCIÓN E. LOZANO-BATISTA

118076/488542

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -

**REQUEST FOR ENTRY OF DEFAULT**
Case No. C 08 01067 CW

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 27, 2008, I served upon the following parties in this action:

| | |
|---|---|
| SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 | Magdalena L. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Magdalena L. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | Saul M. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Saul M. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | |

copies of the document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on March 27, 2008.

//s//_____
Karen Scott

118076/488542

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

- 3 -

**REQUEST FOR ENTRY OF DEFAULT**
Case No. C 08 01067 CW