1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

7

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

11 | THE BOARD OF TRUSTEES of the ) | No.   C 08 01067 CW
   | CARPENTERS HEALTH AND WELFARE )
12 | TRUST FUND FOR CALIFORNIA; )
   | CARPENTERS VACATION-HOLIDAY TRUST )
13 | FUND FOR NORTHERN CALIFORNIA; )
   | CARPENTERS PENSION TRUST FUND FOR ) | **DECLARATION OF CONCEPCIÓN**
14 | NORTHERN CALIFORNIA; CARPENTERS ) | **E. LOZANO-BATISTA IN SUPPORT**
   | ANNUITY TRUST FUND FOR NORTHERN ) | **OF REQUEST FOR ENTRY OF**
15 | CALIFORNIA; and CARPENTERS TRAINING ) | **DEFAULT**
   | TRUST FUND FOR NORTHERN )
16 | CALIFORNIA, and CARPENTERS 46 )
   | NORTHERN CALIFORNIA COUNTIES )
17 | CONFERENCE BOARD for itself and on behalf )
   | of NORTHERN CALIFORNIA CARPENTERS )
18 | REGIONAL COUNCIL and CARPENTERS )
   | UNION LOCAL NO. 22 )
19                                             )
                   Plaintiffs,                 )
20                                             )
         v.                                    )
21                                             )
   SAUL M. CRUZ, Individually; SAUL M. CRUZ, )
22 | Individually and doing business as SMC )
   | MODULAR INSTALLATION; MAGDALENA )
23 | L. CRUZ, Individually; MAGDALENA L. )
   | CRUZ, Individually and doing business as SMC )
24 | MODULAR INSTALLATION; SMC )
   | MODULAR INSTALLATION; Does 1 through )
25 | 10, inclusive )
                                               )
26              Defendants.                    )
                                               )
27

28 DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF
   DEFAULT
   Case No. C 08 01067 CW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

I, Concepción E. Lozano-Batista, declare as follows:

1.     I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, the attorneys for Plaintiffs in this matter.  I have knowledge of the facts stated in this Declaration and I could and would testify competently thereto.

2.     Defendants SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; and MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION, have not filed an answer or otherwise responded to the complaints, which were served on the parties on February 26, 2008, and for which proofs of service were filed before this Court with the Summons on March 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2008

WEINBERG, ROGER & ROSENFELD

A Professional Corporation


By:   /s/
CONCEPCIÓN E. LOZANO-BATISTA

118076/488554

- 2 -
DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
Case No. C 08 01067 CW

# **PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 27, 2008, I served upon the following parties in this action:

| | |
|---|---|
| SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 | Magdalena L. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Magdalena L. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | Saul M. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Saul M. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | |

copies of the document(s) described as:

**DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on March 27, 2008.

//s//_____
Karen Scott

118076/488554

- 3 -

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT
Case No. C 08 01067 CW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091