**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk510.637.3530

April 1, 2008


RE:  CV 08-01067 CWTHE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND-v- SAUL M. CRUZ


Default is entered as to **Saul M. Cruz** individually and d/b/a SMC Modular Installation; **Magdalena L. Cruz** individually and d/b/a SMC Modular Installation; **SMC Installation** on 4/1/08.



RICHARD W. WIEKING, Clerk


byClara Pierce
Case Systems Administrator



NDC TR-4  Rev. 3/89