IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
CARPENTERS HEALTH AND WELFARE TRUST
FUND,

        Plaintiff,

  v.

SAUL M. CRUZ, et al.,

        Defendants.
                                  /

No. C 08-01067 CW

ORDER

    Default having been entered by the Clerk on April 1, 2008, as to Saul M. Cruz, individually and dba SMC Modular Installation, Magdalena L. Cruz, individually and dba SMC Modular Installation, and SMC Installation,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    The Case Management Conference, previously set for June 17, 2008, is continued to August 5, 2008.

Dated: 4/8/08

                                        CLAUDIA WILKEN
                                        United States District Judge

cc: Wings

United States District Court
For the Northern District of California