1  BARRY E. HINKLE, Bar No. 071223
   KRISTINA L. HILLMAN, Bar No. 208599
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Fax (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22,<br><br>Plaintiffs,<br><br>v.<br><br>SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION; Does 1 through 10, inclusive<br><br>Defendants. | No.   C 08 01067 CW<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Date:   June 6, 2008<br>Time:   9:30 a.m.<br>Courtroom: A, 15th Floor<br><br>**Honorable Joseph C. Spero** |

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
Case No. C 08 01067 CW

This matter came on for hearing for entry of Judgment by Default against Saul M. Cruz, Individually; Saul M. Cruz, Individually and doing business as SMC Modular Installation; Magdalena L. Cruz, Individually; Magdalena L. Cruz, Individually and doing business as SMC Modular Installation; and SMC Modular Installation (hereinafter "Defendants") on June 6, 2008, at 9:30 a.m., in Courtroom A, 15th Floor.  Plaintiffs were represented by Concepción E. Lozano-Batista of Weinberg, Roger & Rosenfeld; Defendant made no appearance.  Having considered the pleadings and arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:

  1. The Complaint in this matter was filed with this Court on February 22, 2008.

  2. Defendants were duly served with process in this matter on February 26, 2008.

  3. That no answer or other responsive pleadings having been filed within the time permitted by law, default was entered against Defendants on April 1, 2008;

  4. The Court finds the allegations in the Complaint on file herein are true including the fact that the Defendants were bound to a written Collective Bargaining Agreement with Carpenters 46 Northern California Counties Conference Board, a labor organization within the meaning of LMRA §301, 29 U.S.C. §150.   By virtue of becoming bound to the Collective Bargaining Agreement, Defendants became subject to all the terms and conditions of the various Trust Agreements refereed to in the Complaint; and

  5. That Defendants have failed, neglected or refused to submit to an audit as requested by Plaintiffs pursuant to said Carpenters Master Agreement and Trust Agreements.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be entered in favor of Plaintiffs The Board of Trustees of the Carpenters Health and Welfare Trust Fund for California; Carpenters Vacation-Holiday Trust Fund for Northern California; Carpenters Pension Trust Fund for Northern California; Carpenters Annuity Trust Fund for Northern California; and Carpenters Training Trust Fund for Northern California, and Carpenters 46

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
Case No. C 08 01067 CW

Northern California Counties Conference Board for itself and on behalf of Northern California Carpenters Regional Council and Carpenters Union Local No. 22 (hereinafter "Plaintiffs") and against Defendants as follows:

1. The Court confirms the Decision and Award of Arbitrator Gerald R. McKay's on Grievance #07-141, issued on November 15, 2007 in its entirety;
2. The Court confirms the Decision and Award of Arbitrator Fred R. Wright on Grievance #07-165, issued on January 9, 2008 in its entirety;
3. The Court confirms the Decision and Award of Arbitrator Fred R. Wright on Grievance #07-166, issued on January 9, 2008 in its entirety;
4. The Court issues an injunction directing Defendants to submit to an audit of its books and records pursuant to the Trust Agreements;
5. Defendants are ordered to pay all amounts found due and owing as a result of said audit of its books and records pursuant to the Trust Agreements;
6. The Court issues an order directing and permanently enjoining Defendants to timely submit all required monthly contribution reports, contributions due and owing plus interest and liquidated damages;
7. Defendants are ordered to pay attorneys' fees in the amount of $5,023.75;
8. Defendants are ordered to pay costs in the amount of $3,527.25;
9. Defendants are ordered to pay interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621;
10. This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing.

Dated:_____

HONORABLE JOSEPH C. SPERO
JUDGE OF THE DISTRICT COURT

118076/489781

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091