BARRY E. HINKLE, Bar No. 071223
KRISTINA L. HILLMAN, Bar No. 208599
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22,<br><br>Plaintiffs,<br><br>v.<br><br>SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION; Does 1 through 10, inclusive<br><br>Defendants. | No.    C 08 01067 CW<br><br>**PROOF OF SERVICE**<br><br>Date:   June 6, 2008<br>Time:   9:30 a.m.<br>Courtroom: A, 15th Floor<br><br>**Honorable Joseph C. Spero** |

PROOF OF SERVICE
Case No. C 08 01067 CW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 14, 2008, I served upon the following parties in this action:

| | |
|---|---|
| SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 | Magdalena L. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Magdalena L. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | Saul M. Cruz, Individually and doing business as SMC Modular Installation<br>77 Anderson Street<br>San Francisco, CA 94110 |
| Saul M. Cruz, Individually<br>77 Anderson Street<br>San Francisco, CA 94110 | |

copies of the document(s) described as:

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;**

**DECLARATION OF MICHAEL PLOMMER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;**

**DECLARATION OF JIM CROTTY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;**

**DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT;**

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

**[X]  BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

PROOF OF SERVICE
Case No. C 08 01067 CW

1    I certify that the above is true and correct. Executed at Alameda, California, on April 14, 2008.

                                                //s//
                                                Karen Scott

118076/490126

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

- 3 -

PROOF OF SERVICE
Case No. C 08 01067 CW