United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND, ET AL.,<br><br>Plaintiff(s),<br><br>v.<br><br>SAUL M. CRUZ, ET AL.,<br><br>Defendant(s).<br>_____/ | Case No. C-08-01067 CW (JCS)<br><br>**NOTICE OF REFERENCE;**<br>**TIME AND PLACE OF HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for a report and recommendation on Plaintiffs' Motion for Default Judgment (the "Motion").

The hearing on the Motion has been set for **June 20, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The opposition(s), if not already filed, shall be filed and served no later than twenty-one (21) days prior to the hearing. Any reply to the opposition(s) shall be filed and served no later than fourteen (14) days prior to the hearing. All documents shall be filed in compliance with Civil L. R. 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil L. R. 37-3.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

1  Law and motion matters may be submitted without argument upon stipulation of the parties
2  and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil
3  L. R. 7-7(e), filed motions may be withdrawn without leave of the Court within seven (7) days of the
4  date for service of the opposition.  Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

6  Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
7  California for information relating to electronic filing procedures and requirements.
8  BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
9  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
10 **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
11 COPY."  All filings of documents relating to motions referred to the undersigned shall list the civil
12 case number and the district court judge's initials, followed by the designation "(JCS)".
13 The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
14 Fed. R. Civ. P. 16(f).
15 IT IS SO ORDERED.

Dated: April 18, 2008

JOSEPH C. SPERO
United States Magistrate Judge