# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C08-1067 CW (JCS)**

**CASE NAME: BOT of Carpenters Health, et al v. Saul M. Cruz, et al.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**   **COURTROOM DEPUTY: Karen Hom**

**DATE: June 20, 2008    TIME: 10 min**   **COURT REPORTER: Belle Ball**

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Conchita Lozano-Batista | No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion for Default Jgm [Docket #9] | Submitted |

**ORDERED AFTER HEARING:**

Plaintiff shall file supplemental declarations, and memorandum of authorities regarding messenger and investigator fees by July 7, 2008.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal** | **Expert Discovery Cutoff:** |
| **Motions Hearing**    at 9:30 a.m. | | **Pretrial Conference**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( ) Jury  ( ) Court | **Set for**    **Days** | |

CC:     Chambers