United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
CARPENTERS HEALTH AND WELFARE TRUST
FUND,

    Plaintiff,

  v.

SAUL M. CRUZ,

    Defendant.
_____/

No. C 08-01067 CW

CLERK'S NOTICE
CONTINUING CASE
MANAGEMENT
CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for August 5, 2008, is continued to **September 16, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 7/31/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk