IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
CARPENTERS HEALTH AND WELFARE TRUST
FUND FOR CALIFORNIA, et al.,

    Plaintiffs,

  v.

SAUL M. CRUZ, individually and doing
business as SMC MODULAR INSTALLATION;
MAGDALENA L. CRUZ, individually and
doing business as SMC MODULAR
INSTALLATION; SMC MODULAR
INSTALLATION; and DOES 1 THROUGH 10,
inclusive,

    Defendants.
_____/

No. C 08-1067 CW

DEFAULT JUDGMENT

For the reasons set forth in Magistrate Judge Joseph C. Spero's Report and Recommendation Re Plaintiffs' Motion for Default Judgment filed July 28, 2008, and adopted by this Court,

IT IS ORDERED AND ADJUDGED that default judgment is entered against Defendants Saul M. Cruz, Magdalena L. Cruz and SMC Modular Installation.

The following arbitration awards are confirmed in their entirety:

    (1) Decision and Award of Arbitrator Gerald R. McKay on
    Grievance No. 07-141, issued on November 15, 2007;

(2) Decision and Award of the Board of Adjustment on Grievance No. 07-165, signed by Board Member Fred R. Wright on January 9, 2008; and

(3) Decision and Award of the Board of Adjustment on Grievance No. 07-166, signed by Board Member Fred R. Wright on January 9, 2008.

As provided in these confirmed arbitration awards and the Court's order adopting the magistrate judge's Report and Recommendation, Plaintiffs shall recover from Defendants the sum of $320,142.42, comprising $38,554.11 in unpaid wages and waiting time; $271,799.71 in unpaid fringe benefits, audit costs and liquidated damages; $900 in arbitration costs; $5,371.25 in attorneys' fees; and $3,517.35 in litigation costs.

In accordance with the terms of the confirmed arbitration awards, Defendants must submit to an audit of their books and records by representatives of the Northern California Carpenters Trust Funds for the period of March 10, 2005 through the date of audit entry. In connection with the audit, Defendants must submit to the auditors the records referred to in: Section 21 of the Forty-six Northern California Counties Carpenters Master Agreement for Northern California; Article IV, Section 8 of the Carpenters Health and Welfare Trust Agreement; Article IV, Section 6 of the Carpenters Pension Trust Agreement; Article VII, Section 4 of the Carpenters Vacation Holiday Trust Agreement; and Article IV, Section 6 of the Carpenters Apprentice Trust Agreement. These documents include, but are not necessarily limited to, the following:

(a)  California contribution returns and reports of wages

United States District Court
For the Northern District of California

1  (Form DE-3);
2  (b)  Federal contribution returns and reports of wages;
3  (c)  Time cards for all employees;
4  (d)  Payroll journals;
5  (e)  Workers compensation reports;
6  (f)  Individual earnings records;
7  (g)  Federal Forms W-2, W-4, 1096 and 1099;
8  (h)  Trust fund reports for other trades;
9  (i)  General check registers;
10 (j)  Check stubs or vouchers;
11 (k)  Bank statements and cancelled checks;
12 (l)  Job costs records and copies of all contracts;
13 (m)  General ledger and cash receipts journals;
14 (n)  Individual, corporate and/or partnership tax returns;
15 (o)  Vendors' invoices;
16 (p)  Records of related entities; and
17 (q)  Other books and records as may be necessary to conduct
18      appropriate testing to assume the accuracy of records
19      that have been reviewed.
20    The Court retains jurisdiction over this matter to ensure
21 compliance with this judgment and to confirm any amended
22 arbitration award that may be issued as a result of future audits.
23    Dated at Oakland, California, this 13th day of August, 2008.

RICHARD W. WIEKING
Clerk

By: *Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk