ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name and Address*): TELEPHONE NO:
[X] Recording requested by and return to: (510) 337-1001
Concepción E. Lozano Batista
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

FOR RECORDER'S USE ONLY

NAME OF COURT: U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
PHONE NUMBER:

PLAINTIFF: The Board of Tustees for the Carpenters Health and Welfare Trust Fund for California
DEFENDANT: Saul M. Cruz, et al.

CASE NUMBER:
C 08-01067 CW

# ABSTRACT OF JUDGMENT

1. The [X] judgment creditor [ ] assignee of record applied for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address
   Saul M. Cruz, Individually
   77 Anderson Street
   San Francisco, CA 94110

   b. Driver's license no. & state: ____________ [X] Unknown
   c. Social Security no.: ____________ [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (*name and address*):

   e. [X] Additional judgment debtors are shown on reverse.

Date: August 26, 2008

Concepción E. Lozano Batista
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF APPLICANT OR ATTORNEY)

---

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor (*name*): The Board of Trustees for the Carpenters Health and Welfare Trust Fund for California whose address appears on this form above the court's name.
4. Judgment debtor (*full name as it appears in judgment*):
   Saul M. Cruz, individually and dba SMC Modular Installation, Magdalena L. Cruz, individually and dba SMC Modular Installation
5. a. Judgment entered on (*date*): August 13, 2008
   b. Renewal entered on (*date*):
   c. Renewal entered on (*date*):
6. Total amount of judgment as entered or last renewed:
   $320,142.42
7. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (*name and address*):
8. A stay of enforcement has
   a. [X] not been ordered by the court
   b. [ ] been ordered by the court effective until (*date*):
9. [ ] This judgment is an installment judgment.

Clerk, by [signature], Deputy

Date Issued 9/4/08

ABSTRACT OF JUDGMENT

| PLAINTIFF: The Board of Tustees for the Carpenters Health and Welfare Trust Fund for California<br>DEFENDANT: Saul M. Cruz, et al. | CASE NUMBER:<br>C 08-01067 CW |
|---|---|

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Saul M. Cruz, dba SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

Driver's license no. & state: ______ [X] Unknown
Social Security no.: ______ [X] Unknown
Summons was personally served at or mailed to *(address):*

11. Name and last known address

Magdalena L. Cruz, individually
77 Anderson Street
San Francisco, CA 94110

Driver's license no. & state: ______ [X] Unknown
Social Security no.: ______ [X] Unknown
Summons was personally served at or mailed to *(address):*

12. Name and last known address

Magdalena L. Cruz, dba SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

Driver's license no. & state: ______ [X] Unknown
Social Security no.: ______ [X] Unknown
Summons was personally served at or mailed to *(address):*

13. Name and last known address

SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

Driver's license no. & state: ______ [X] Unknown
Social Security no.: ______ [X] Unknown
Summons was personally served at or mailed to *(address):*

14. Name and last known address

Driver's license no. & state: ______ [ ] Unknown
Social Security no.: ______ [ ] Unknown
Summons was personally served at or mailed to *(address):*

15. Name and last known address

Driver's license no. & state: ______ [ ] Unknown
Social Security no.: ______ [ ] Unknown
Summons was personally served at or mailed to *(address):*

16. Name and last known address

Driver's license no. & state: ______ [ ] Unknown
Social Security no.: ______ [ ] Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. & state: ______ [ ] Unknown
Social Security no.: ______ [ ] Unknown
Summons was personally served at or mailed to *(address):*

18. [ ] Continued on attachment 18.