BARRY E. HINKLE, Bar No. 071223
KRISTINA L. HILLMAN, Bar No. 208599
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION; Does 1 through 10, inclusive<br><br>    Defendants. | No.   C 08 01067 CW<br><br>[PROPOSED] ORDER FOR **APPEARANCE AND EXAMINATION OF DEBTOR ASSETS** |

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 08 01067 CW

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -

**~~PROPOSED~~ ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

TO:   Defendants SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC MODULAR INSTALLATION:

**YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a referee appointed by the Court, on __9-17-09__, **2009**, at _9_**:00 a.m.** in **Courtroom B, 15th Floor**, located at **450 Golden Gate Avenue, San Francisco, California**, to furnish information to aid in enforcement of the judgment entered against you on August 13, 2008 and to answer questions concerning property in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor Examination, attached hereto as Exhibit "A".

Dated: __July 13, 2009__

_____
HONORABLE MARIA-ELENA JAMES
JUDGE OF THE DISTRICT COURT

*IT IS SO ORDERED — Judge Maria-Elena James — United States District Court, Northern District of California*

118076/536754

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -
[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 08 01067 CW