1   BARRY E. HINKLE, Bar No. 071223
    KRISTINA L. HILLMAN, Bar No. 208599
2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone (510) 337-1001
5   Fax (510) 337-1023

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES of the            ) No.    C 08 01067 CW
    CARPENTERS HEALTH AND WELFARE           )
12  TRUST FUND FOR CALIFORNIA;              )
    CARPENTERS VACATION-HOLIDAY TRUST       )
13  FUND FOR NORTHERN CALIFORNIA;           )
    CARPENTERS PENSION TRUST FUND FOR       ) [PROPOSED] ORDER FOR
14  NORTHERN CALIFORNIA; CARPENTERS         ) APPEARANCE AND EXAMINATION
    ANNUITY TRUST FUND FOR NORTHERN         ) OF DEBTOR ASSETS
15  CALIFORNIA; and CARPENTERS TRAINING     )
    TRUST FUND FOR NORTHERN                 )
16  CALIFORNIA, and CARPENTERS 46           )
    NORTHERN CALIFORNIA COUNTIES            )
17  CONFERENCE BOARD for itself and on behalf)
    of NORTHERN CALIFORNIA CARPENTERS       )
18  REGIONAL COUNCIL and CARPENTERS         )
    UNION LOCAL NO. 22                      )
19                                          )
                 Plaintiffs,                )
20                                          )
            v.                              )
21                                          )
    SAUL M. CRUZ, Individually; SAUL M. CRUZ,)
22  Individually and doing business as SMC  )
    MODULAR INSTALLATION; MAGDALENA         )
23  L. CRUZ, Individually; MAGDALENA L.     )
    CRUZ, Individually and doing business as SMC)
24  MODULAR INSTALLATION; SMC               )
    MODULAR INSTALLATION; Does 1 through    )
25  10, inclusive                           )
                                            )
26               Defendants.                )
                                            )
27  ────────────────────────────────────────

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 08 01067 CW

1    ~~PROPOSED~~ ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS

2    TO:    Defendants SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and

3    doing business as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually;

4    MAGDALENA L. CRUZ, Individually and doing business as SMC MODULAR

5    INSTALLATION; SMC MODULAR INSTALLATION:

6    **YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a

7    referee appointed by the Court, on **October 30, 2009**, at **9:00 a.m.** in **Courtroom B, 15th Floor**,

8    located at **450 Golden Gate Avenue, San Francisco, California**, to furnish information to aid in

9    enforcement of the judgment entered against you on August 13, 2008 and to answer questions

10   concerning property in your possession or control as stated in Plaintiffs' Application for Order to

11   Appear for Debtor Examination, attached hereto as Exhibit "A".

13   Dated:  September 17, 2009

HONORABLE MARIA-ELENA JAMES
JUDGE OF THE DISTRICT COURT

16   118076/544240

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. C 08 01067 CW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA 94501-1091

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On September 16, 2009, I served upon the following parties in this action:

SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

Magdalena L. Cruz, Individually and
doing business as SMC Modular
Installation
77 Anderson Street
San Francisco, CA 94110

Magdalena L. Cruz, Individually
77 Anderson Street
San Francisco, CA 94110

Saul M. Cruz, Individually and doing
business as SMC Modular Installation
77 Anderson Street
San Francisco, CA 94110

Saul M. Cruz, Individually
77 Anderson Street
San Francisco, CA 94110

**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on September 16, 2009.

_Karen Scott_
Karen Scott

118076/536756

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -

PROOF OF SERVICE
Case No. C 08 01067 CW

1    BARRY E. HINKLE, Bar No. 071223
     KRISTINA L. HILLMAN, Bar No. 208599
2    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
     WEINBERG, ROGER & ROSENFELD
3    A Professional Corporation
     1001 Marina Village Parkway, Suite 200
4    Alameda, California 94501-1091
     Telephone (510) 337-1001
5    Fax (510) 337-1023

6    Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND WELFARE | ) No.    C 08 01067 CW |
| 12   TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST | ) |
| 13   FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR | ) **PLAINTIFFS' APPLICATION FOR** |
| 14   NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR NORTHERN | ) **ORDER TO APPEAR FOR DEBTOR** ) **EXAMINATION** |
| 15   CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN | ) Date:  October 30, 2009 |
| 16   CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES | ) Time:  9:00 a.m. ) Dept.: Courtroom B, 15th Floor |
| 17   CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS | ) |
| 18   REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22 | ) 450 Golden Gate Avenue ) San Francisco, California |
| 19           Plaintiffs, | ) Honorable Maria-Elena James |
| 20 | ) |
| 21       v. | ) |
| 22   SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business as SMC | ) |
| 23   MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA L. | ) |
| 24   CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC | ) |
| 25   MODULAR INSTALLATION; Does 1 through 10, inclusive | ) |
| 26        Defendants. | ) |
| 27 | ) |

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

**EXHIBIT A**

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION
Case No. C 08 01067 CW

1    **APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

2        TO:    SAUL M. CRUZ, Individually; SAUL M. CRUZ, Individually and doing business

3    as SMC MODULAR INSTALLATION; MAGDALENA L. CRUZ, Individually; MAGDALENA

4    L. CRUZ, Individually and doing business as SMC MODULAR INSTALLATION; SMC

5    MODULAR INSTALLATION (hereinafter "Defendants"):

6        1.    Plaintiffs THE BOARD OF TRUSTEES of the CARPENTERS HEALTH AND

7    WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY

8    TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND

9    FOR NORTHERN CALIFORNIA; CARPENTERS ANNUITY TRUST FUND FOR

10   NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN

11   CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES

12   CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPENTERS

13   REGIONAL COUNCIL and CARPENTERS UNION LOCAL NO. 22, Judgment creditors, make

14   this application for an order requiring Defendants to aid in the enforcement of the money judgment

15   against them entered on August 13, 2008 in the above-entitled Court.

16       2.    Plaintiffs request that Defendants produce the following records to be examined:

17       a.    California Quarterly Report of Wages, For DE-6;

18       b.    Federal Tax Forms W-3 and W-2;

19       c.    1096 and 1099 Forms;

20       d.    Workers Compensation Insurance Reports;

21       e.    Quarterly Payroll Tax Returns (Form 941);

22       f.    Check registers  and supporting cash vouchers;

23       g.    General ledger (portion relating to payroll audit);

24       h.    Payroll Registers/Journals;

25       i.    Individual Earnings Records;

26       j.    Cash disbursements ledger;

27   / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091

- 2 -

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION
Case No. C 08 01067 CW

1       k.     Accounts payable ledger; and

2       l.     Vendor invoices.

3   Dated: September 16, 2009

4                                    WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

5

6

7                            By:   /s/Concepción E. Lozano-Batista
                              CONCEPCIÓN E. LOZANO-BATISTA

8   118076/536751

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION
Case No. C 08 01067 CW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village
Parkway, Suite 200
Alameda, CA  94501-1091